UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

STEVEN J. MALKE
    Plaintiff,

**05-30149-KPN**

v.

TRANSCONTINENTAL REFRIGERATED LINES, INC.
    Defendants.

FILING FEE PAID:
RECEIPT # 305979
AMOUNT $ 250.00
BY DPTY CLK MCM
DATE 6/24/05

## NOTICE OF REMOVAL

The Notice of Transcontinental Refrigerated Lines, Inc. respectfully, shows:

1. Transcontinental Refrigerated Lines, Inc. is the defendant in a civil action brought in the Superior Court of Hampden County, Civil Action Number 2005-462 entitled, "Steven J. Malke v. Transcontinental Refrigerated Lines, Inc." The defendant, Transcontinental Refrigerated Lines, Inc., first received a copy of the Amended Complaint in said action on or about June 14, 2005. Copies of the pleadings received by defendant is attached hereto as Exhibit A.

2. The above described action is an action over which this court has jurisdiction and is removable under the provisions of Title, 28, United States Code §§1332 and 1441(a) and (b) in that it is a civil action between parties domiciled in different states, as more fully appears herein, and the plaintiff has made a demand for settlement in the amount of $400,000, therefore the amount in controversy exceeds $75,000.

3. Upon information and belief, based on the allegations in the Complaint, Plaintiff, Steven J. Malke, is a Massachusetts resident of Chicopee, Hampden County, Massachusetts.

# EXHIBIT A

Case 3:05-cv-30149-MAP    Document 1    Filed 06/24/2005    Page 2 of 4

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                SUPERIOR COURT DEPARTMENT
                                            CIVIL ACTION NO: 05 462

STEVEN J. MALKE,                )
        Plaintiff               )
                                )
v.                              )       AMENDED COMPLAINT AND
                                )       DEMAND FOR JURY TRIAL
TRANSCONTINENTAL REFRIGERATED   )
LINES, INC.,                    )
        Defendant               )

1. The Plaintiff, Steven J. Malke, is a natural individual who resides at 59 College Street, Chicopee, Hampden County, Massachusetts.

2. The Defendant, Transcontinental Refrigerated Lines, Inc., is a corporation which regularly does business in the Commonwealth of Massachusetts with a principle place of business at 310 Scranton Electric Building, Scranton, Pennsylvania.

3. On or about March 29, 2004, at approximately 11:30 a.m., the Plaintiff, Steven J. Malke was in the course of his employment as a truck driver for Estes Express Lines, New Lombard Road, Chicopee, Massachusetts.

4. At the above stated time, the Plaintiff was stopped at the STAPLES located at 70 Community Avenue, Plainfield, Connecticut and was inside the trailer of his truck.

5. At the above stated time and place George Kozloski was operating a tractor trailer as an agent, servant or employee of the Defendant, Transcontinental Refrigerated Lines, Inc., while in the course of his employment, in such a careless and negligent manner that he caused the Defendant's tractor trailer to collide with the motor vehicle that contained the Plaintiff.

6. As a direct and proximate result of the negligence of the Defendant's agent, servant or employee, the Plaintiff, Steven J. Malke was seriously and permanently injured, suffered and continues to suffer great pain of body and mind, required medical treatment and was prevented from performing his usual activities.

WHEREFORE, the Plaintiff, Steven J. Malke, demands judgment against the Defendant, Transcontinental Refrigerated Lines, Inc., in an amount to be determined by a jury plus interest and costs.

Date: 5/25/05

The Plaintiff,
By His Attorney,

/s/ John D. Ross
John D. Ross, III, Esquire
121 State Street, Suite 201
Springfield, MA 01103
(413) 736-2725
(413) 736-1247 (fax)
BBO No: 546211

§JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Steven J. Malke

**(b)** County of Residence of First Listed Plaintiff **Hampden**
(EXCEPT IN U.S. PLAINTIFF CASES)

05-30149-KPN

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John D. Ross, III, Esq., 121 State St., Suite 201
Springfield, MA 01103

## DEFENDANTS
Transcontinental Refrigerated Lines, Inc.

County of Residence of First Listed Defendant **Pennsylvania**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Andrew J. Fay, Esq., Tobin, Sullivan, Fay & Grunebaum
60 William St., Wellesley, MA 02481

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Sec. 1332 &1441(a)&(b)

Brief description of cause:
Plaintiff alleges injuries caused by insured's motor vehicle

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 6/20/05
SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Steven J. Malke v. Transcontinental Refrigerated Lines, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☒ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ☐ IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.    150, 152, 153.

   **05 - 30149 - KPN**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   __N/A__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐    Central Division ☐    Western Division ☒

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Andrew J. Fay__
ADDRESS __Tobin, Sullivan, Fay & Grunebaum, 60 William St., Wellesley, MA 02481__
TELEPHONE NO. __781-237-0877__

(CategoryForm.wpd - 5/2/05)