UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30149

STEVEN J. MALKE
                Plaintiff,

v.


TRANSCONTINENTAL REFRIGERATED LINES, INC.
                Defendants.
.


**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
TRANSCONTINENTAL REFRIGERATED LINES, INC., PURSUANT TO
LOCAL RULE 7.3**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, the defendant,

Transcontinental Refrigerated Lines, Inc., states that there is no publicly held company

that owns 10% or more of the stock of Transcontinental Refrigerated Lines, Inc.


                                        Respectfully submitted,
                                        Transcontinental Refrigerated Lines, Inc.
                                        By its attorney,


                                        s/Andrew J. Fay
                                        _____
                                        Andrew J. Fay, Esquire (BBO #550058)
                                        Tracy L. Davis (BBO #641440)
                                        Tobin, Sullivan, Fay & Grunebaum
                                        60 William Street
                                        Wellesley, MA 02481
                                        (781) 237-0877

Dated:  August 23, 2005