UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30149

STEVEN J. MALKE
    Plaintiff,

v.

TRANSCONTINENTAL REFRIGERATED LINES, INC.
    Defendants.

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The defendant, Transcontinental Refrigerated Lines, Inc., and its counsel hereby certify in accordance with the provisions of Local Rule 16.1(D)(3) as follows:

Defendant and its counsel have conferred:

(a)     With a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b)     To consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

TRANSCONTINENTAL REFRIGERATED
LINES, INC.

By: _s/Richard M. Jones_____
Richard M. Jones Its Director, Risk Management

                                            s/Andrew J. Fay_____

                                            Andrew J. Fay (BBO# 550058)
TOBIN, SULLIVAN, FAY & GRUNEBAUM
60 William Street
Wellesley, MA 02481
781-237-0877

Dated: August 23, 2005