UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30149-KPN

| | |
|---|---|
| STEVEN J. MALKE,<br>   Plaintiff<br><br>v.<br><br>TRANSCONTINENTAL REFRIGERATED<br>LINES, INC.<br>   Defendant | )<br>)<br>)<br>)<br>)  RULE 16 CERTIFICATION<br>)<br>)<br>)<br>) |

The undersigned affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - of this litigation, and have considered the resolution of the litigation through the use of ADR programs such as those outlined in Local Rule 16.4.

_____
Steven J. Malke

_____
John D. Ross, III

"I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING DOCUMENT WAS SERVED UPON EACH PARTY APPEARING PRO SE AND THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL, (IN HAND)
ON 9-15-05

_____