UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN MALKE,            )
        Plaintiff       )
                        )
                        )
v.                       )   Civil Action No. 05-30149-MAP
                        )
                        )
TRANSCONTINENTAL         )
REFRIGERATED LINES,      )
        Defendant       )

SCHEDULING ORDER
September 21, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by September 30, 2005.

2. All written discovery and non-expert depositions shall be completed by March 31, 2006.

3. Counsel shall appear for a case management conference on April 3, 2006, at 10:00 a.m. in Courtroom Three.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 1, 2006.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 30, 2006.

      6.      All expert depositions shall be completed by July 31, 2006.

      IT IS SO ORDERED.

Dated: September 21, 2005                      /s/ Kenneth P. Neiman
                                                      KENNETH P. NEIMAN
                                                      U.S. Magistrate Judge