UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN MALKE,   )
      Plaintiff   )
    )
    )
v.   )  Civil Action No. 05-30149-MAP
    )
    )
TRANSCONTINENTAL   )
REFRIGERATED LINES,   )
      Defendant   )

REVISED SCHEDULING ORDER
May 26, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. The remaining non-expert depositions shall be completed by June 1, 2006.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by June 15, 2006.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 30, 2006.

4. All expert depositions shall be completed by July 31, 2006.

5. Counsel shall appear for a final pretrial conference on September 21, 2006, at 2:00 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the

Procedural Order entered this day.

IT IS SO ORDERED.

May 26, 2006
Dated

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge