UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN MALKE,  )
       Plaintiff  )
  )
v.  )  Civil Action No. 05-30149-MAP
  )
  )
TRANSCONTINENTAL  )
REFRIGERATED LINES,  )
       Defendant  )

FURTHER SCHEDULING ORDER
June 21, 2006

NEIMAN, C.M.J.

The court allows Defendant's assented-to motion to extend deadlines (Document No. 15) as follows:

1. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by August 15, 2006.

2. All expert depositions shall be completed by September 15, 2006.

3. There shall be no further extensions. The final pretrial conference shall go forward as scheduled on September 21, 2006, at 2:00 p.m. in Courtroom One before District Judge Michael A. Ponsor. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered on May 26, 2006.

IT IS SO ORDERED.

                               /s/ Kenneth P. Neiman
                               KENNETH P. NEIMAN
                               Chief Magistrate Judge