UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30149-KPN

STEVEN J. MALKE,
    Plaintiff

v.

TRANSCONTINENTAL REFRIGERATED
LINES, INC.
    Defendant

### ASSENTED TO, MOTION FOR AN ENLARGEMENT OF TIME

Now comes the Plaintiff in the above matter and hereby moves this honorable court for an enlargement of time within which to file the pretrial memorandum.

Plaintiff's attorneys' office is in the process of setting up electronic filing with the court. Plaintiff's attorney's office did not receive the Procedural Order until Defendant's attorney faxed it to our office today, September 7, 2006.

The parties' pretrial memorandum is due in accordance with the order on September 8, 2006. The Plaintiff hereby requests an extension to September 18, 2006, Monday to file the pretrial memorandum. The Pretrial Conference will still be held on September 21, 2006.

Dated: 9/7/06

The Plaintiff
By His Attorney,

John D. Ross, III, Esq. Ross & Ross
121 State Street, Suite 201
Springfield, MA 01103
(413) 736-2725
BBO NO. 546211

Assented To:

Andrew J. Fay, Esquire
TOBIN, SULLIVAN, FAY & GRUNEBUAM
60 William Street
Wellesley, MA 02481
(781) 237-0877

"I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING DOCUMENT WAS SERVED UPON EACH PARTY APPEARING PRO SE AND THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL, (IN HAND)

ON 9-7-06