UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN J. MALKE,<br>      Plaintiff | )<br>)<br>) |
| v. | )<br>)   Civil Action No. 05-30149-KPN<br>) |
| TRANSCONTINENTAL REFRIGERATED<br>LINES, INC.<br>      Defendant | )<br>)<br>) |

## SPECIAL VERDICT

We, the jury in the above entitled action, find the following Special Verdict on the questions submitted to us.

Q.1. Has the plaintiff proven by a preponderance of the evidence that the defendant was negligent?

A.1.      YES _____      NO

If your answer is NO, do not go any further. If your answer is YES, go to Question 2.

Q.2. If the defendant was negligent, has the plaintiff proved by a preponderance of the evidence that such negligence was a proximate cause of injury to him?

A.2.      YES _____      NO

If your answer is NO, do not go any further. If your answer is YES, go to Question 3.

Q.3. What is the total amount of money that will reasonably and fairly compensate plaintiff for damages which he has proven by a preponderance of the evidence were proximately caused by the negligence of the defendant?

8

A.3.   $ _____
      Figures

      Words

Q.4.   Has the defendant proven by a preponderance of the evidence that plaintiff was negligent?

A.4.             YES _____   NO _____

      If your answer is NO, go no further. If your answer is YES, go to Question 5.

Q.5.   If the plaintiff was negligent, has the defendant proven by a preponderance of the evidence that such negligence was a proximate cause of plaintiff's own injury?

A.5.             YES _____   NO _____

      If your answer is NO, go no further. If your answer is YES, go to Question 6.

Q.6.   Assuming the combined negligence of plaintiff and the defendant which proximately caused plaintiff's injury equals 100%, what percentage of such negligence proximately causing plaintiff's injury do you attribute to plaintiff and to defendant?

      Steven Malke                        ____ %

      Transcontinental Refrigerated
      Lines, Inc.                          ____ %

      TOTAL                                    100 %

      I certify that each of the foregoing answers is the answer of at least ten (10) of the twelve (12) deliberating jurors.

                                            Foreperson