```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

STEVEN J. MALKE,
      Plaintiff    )
                            )
      v.                ) C.A. No. 05-30149-MAP
                            )
TRANSCONTINENTAL REFRIGERATED )
LINES, INC.,               )
      Defendant    )

## FURTHER SCHEDULING ORDER

September 25, 2006

PONSOR, D.J.

Counsel appeared before this court for a final pretrial conference on September 21, 2006. Based on counsel's representations, the court orders as follows:

    1. Counsel for Plaintiff will file a report regarding potential settlement no later than October 31. 2006.

    2. Trial in this matter will commence on December 18, 2006 at 10:00 a.m. Counsel will appear at 9:00 a.m. that day for a conference prior to commencement of jury selection.

    3. Motions <u>in limine</u>, proposed <u>voir dire</u> questions and proposed jury instructions will be filed no later than December 11, 2006.

    4. Defendant has a pending Motion to Prohibit Expert Testimony (Docket No. 20). This motion will be opposed by October 2, 2006. The court will thereafter rule on the motion, on the papers.

    It is So Ordered.

                            /s/ Michael A. Ponsor
                            MICHAEL A. PONSOR
                            United States District Judge