# ROSS & ROSS
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
SUITE 201
121 STATE STREET
SPRINGFIELD, MASSACHUSETTS 01103

JOHN D. ROSS, JR.
CAULEEN ROSS KEARNEY
JOHN D. ROSS III
RICHARD A. SYPEK
JOHN B. STEWART

TELEPHONE
413-736-2725
FACSIMILE
413-736-1247

October 31, 2006

Judge Michael Ponsor
US District Court
1550 Main Street
Springfield, MA 01103

RE: Steven Malke vs. Transcontinental Refrigerated Lines, Inc.
Docket No.: 05-30149-~~KPN~~ MAP
Our File No.: R-4988

Dear Judge Ponsor:

We have made headway in trying to resolve this case. Unfortunately, we have not reached an agreeable number. Therefore, both parties believe this case should stay on the scheduled date. I would suggest we re-visit this issue in ten (10) day. I believe I will have a more definite answer for you.

Please have your clerk call with any questions.

I, of course, will let the court know immediately if this case is resolved.

Very truly yours,

John D. Ross, III

JDR/kal