UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN J. MALKE,<br>      Plaintiff<br><br>v.<br><br>TRANSCONTINENTAL REFRIGERATED<br>LINES, INC.<br>      Defendant | Civil Action No. 05-30149-KPN |

## MOTION TO CONTINUE TRIAL DATE
### Assented To

    NOW COMES the Plaintiff, Steven J. Malke and respectfully requests this Honorable Court continue the trial of the above matter presently scheduled for December 18, 2006.

    As grounds therefore, Plaintiff's counsel states that the Plaintiff suffered a recent heart attack and a stress test schedule at the Lahey Clinic at 11:00 a.m. on the above trial date. (See appointment notice attached hereto).

    This is the first continuance the Plaintiff has requested and in so doing, will not jeopardize the Defendant in any way.

    The Defendant through his counsel has assented to this Motion.

    WHEREFORE, the Plaintiff, Steven J. Malke, respectfully requests that this Honorable Court impanel a jury on December 18, 2006 and begin the trial on December 19, 2006, or continue the trial in this matter until the following day, December 19, 2006 or a date that is convenient with the court.

| | |
|---|---|
| The Plaintiff, Steven J. Malke<br>By His Attorney<br><br>/s/ John D. Ross<br>John D. Ross, III, Esquire<br>ROSS & ROSS, P.C.<br>121 State Street<br>Springfield, MA 01103<br>(413) 736-2725<br>(413) 736-1247<br>BBO# 546211 | The Defendant, Transcontinental<br>Refrigerated Lines, Inc<br><br>/s/ Andrew Fay by JDR<br>Andrew Fay, Esquire<br>Tobin, Sullivan, Fay & Grunebaum<br>60 William Street<br>Wellesley, MA 02481<br>(781) 237-0877<br>BBO#550058 |

"I HEREBY CERTIFY THAT A TRUE COPY OF THE
FOREGOING DOCUMENT WAS SERVED UPON EACH
PARTY APPEARING PRO SE AND THE ATTORNEY
OF RECORD FOR EACH PARTY BY MAIL, (IN HAND)

ON   12-12-06

/s/ John D. Ross



| Main Telephone: | (781) 744-5100 / (978) 538-4000 |
|---|---|
| Appointment Office | (781) 744-8000/(978) 977-6336/(800) LAHEY-55 |
| On Line Appointment Request | www.lahey.org/appointments |
| Telecommunication for the Deaf: | (781) 744-8086 |

We appreciate you choosing Lahey Clinic as your health care provider. Below are a few helpful reminders to prepare for your upcoming visit.

1. Please bring this appointment itinerary with you.

2. Arrive 15 minutes early.

3. You will be asked to show your insurance card and we will collect your co-payment (if applicable). We accept cash, checks, major credit cards and ATM debit cards.

4. Please bring all necessary medical records, x-rays/films and reports if you are coming for a 2nd opinion or transferring your care.

5. Please bring a list of current medications.

6. Burlington parking fees and driving directions to our facilities can be found on the reverse side of this form.

7. Please review the information below. If information is missing or incorrect you need to contact the Clinic at (781) 744-3048 or (978) 977-7387 so we can process your bill accurately.

## APPOINTMENT ITINERARY
### Bring with you to your appointments
### Arrive 15 minutes early

| Lahey Clinic #: L1509895 | Insurance Information | | |
|---|---|---|---|
| STEVEN J MALKE | | Primary | Secondary |
| 59 COLLEGE ST | Insurance | NETWORK BLUE | |
| CHICOPEE, MA 01020 | Policy# | MTN06XXXXXX | |
| | Group# | | |
| Home Telephone: 413-533-2614 | Subscriber | MALKE, STEVEN J | |
| DOB: 09/09/1949 | Co-payment | $15.00 | |
| PCP: CICHON, JOANNA | | | |
| RUN DATE: 11/02/2006 | | | |

| DATE | TIME | APPOINTMENT | DEPARTMENT / FLOOR / PHONE # | LOCATION |
|---|---|---|---|---|
| 12/18/06 | 11:00AM | STRESS ECHOCARDIOGRAM | CARDIOLOGY/ 5 CENTRAL   781-744-8000 | BURLINGTON |