UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30149

STEVEN J. MALKE
    Plaintiff,

v.

TRANSCONTINENTAL REFRIGERATED LINES, INC.
    Defendants.



## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Fed. Rule Civ. P. 41(a)(1)(ii), hereby stipulate that the said action be dismissed with prejudice, each party to bear its own costs and all rights of appeal are waived.

| | |
|---|---|
| STEVEN J. MALKE<br>By his Attorney,<br><br>_John D Ross_ (ATF)<br>John D. Ross, III, Esq. (BBO#546211)<br>ROSS & ROSS<br>121 State Street, Suite 201<br>Springfield, MA 01103<br>(413) 736-2725 | TRANSCONTINENTAL REFRIGERATED<br>LINES, INC.<br>By its Attorney,<br><br>_signature_<br>Andrew J. Fay, Esq. (BBO #550058)<br>TOBIN, SULLIVAN, FAY & GRUNEBAUM<br>60 William Street<br>Wellesley, MA 02481<br>(781) 237-0877 |

Dated: March 19, 2007

CERTIFICATE OF SERVICE

      I, Andrew J. Fay, certify that a true copy of the foregoing document was served via first class mail, postage prepaid, to counsel of record as follows:

John D. Ross, III, Esq.
BBO# 546211
Ross & Ross
121 State Street, Suite 201
Springfield, MA  01103

_____
Andrew J. Fay, Esq.

Dated: March 19, 2007